**THE MLNARIK LAW GROUP, INC.**
WILLIAM W. WINTERS (SBN 302818)
2930 Bowers Avenue
Santa Clara, CA 95051
Telephone: (408) 919-0088
Facsimile: (408) 919-0188

Attorney for Defendant
PERICE SIBLEY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC., for itself and proceeding in the name of CAPITAL MAILING SERVICES, INC., | Case No.: 2:18-CV-02664-JAM-EFB |
| Plaintiff, | **ORDER** |
| vs. | |
| CAPITAL MAILING SERVICES, INC; PERICE SIBLEY; TROY FINKS; PROSPER EQUITY, INC., a Virginia corporation; PROSPER EQUITY INC., a Wyoming Corporation; and DOES 1 through 50, Inclusive | |
| Defendants. | |

In light of the stipulation to set aside the default of Defendant Perice Sibley and good cause appearing:

**IT IS HEREBY ORDERED THAT** the entry of default against Perice Sibley on November 15, 2018 shall be set aside and Defendant's Answer to Plaintiff's Complaint attached thereto shall be accepted.

DATED:  11/29/18                                         /s/ John A. Mendez

                                                                     United States District Court Judge