UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| De Lage Landen Financial Services, Inc. ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Capital Mailing Services, Inc. et al,<br><br>　　　　　Defendant. | Case No. 2:18-cv-2664 JAM EFB<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Capital Mailing Services, Inc.; Troy Finks; Prosper Equity Inc., a Virginia Corporation; and Prosper Equity Inc., a Wyoming Corporation.

April 30, 2019　　　　　　　　　　　　　　　　MARIANNE MATHERLY, CLERK

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ J. Donati , Deputy Clerk